IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 14 PM 4: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FLORENCE HALL,

    Plaintiff,

VS.                                        NO. 04-2299-MaV

JOHN SNOW, Secretary,
U. S. Dept. of the Treasury,

    Defendant.

ORDER AMENDING SCHEDULE

    Pursuant to defendant's May 20, 2005, motion to amend the scheduling order in this matter, the court held a status conference on June 30, 2005. Attending on behalf of herself was *pro se* plaintiff, Florence Hall. Participating on behalf of the defendants was Linda Harris. For good cause shown, the court grants the motion and amends the scheduling order as follows:

1. The deadline for completing discovery is August 1, 2005.

2. The deadline for filing potentially dispositive motions is August 15, 2005; responses are due August 30, 2005.

3. The parties will submit a joint proposed pretrial order by 4:30 p.m. on September 22, 2005.

4. A pretrial conference is set Thursday, September 29, 2005, at 9:00 a.m.

5. The non-jury trial is **reset** to Tuesday, October 11,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-18-05_



2005, at 9:30 a.m. and is expected to take 2 days.

The magistrate judge will conduct a settlement conference in this matter.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 14th day of July, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02299 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Florence A. Hall
3615 Sharpe Avenue
Memphis, TN 38111

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT