IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /E ___ D.C.

05 SEP -6 AM 8: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FLORENCE HALL,

    Plaintiff,

VS.                                              NO. 04-2299-Ma

JOHN W. SNOW, Secretary,
United States Treasury,

    Defendant.

---

ORDER GRANTING MOTION TO SUPPLEMENT

---

    Before the court is defendant's August 30, 2005, unopposed motion to supplement the memorandum in support of its motion to dismiss or for summary judgment, by substituting the original Declaration of Carolyn Bradshaw. For good cause shown, the motion is granted and defendant may substitute the original Declaration.

    It is so ORDERED this 2d day of September, 2005.

                            SAMUEL H. MAYS, JR.
                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   9-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02299 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Florence A. Hall
3615 Sharpe Avenue
Memphis, TN 38111

Honorable Samuel Mays
US DISTRICT COURT