IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FLORENCE HALL,

    Plaintiff,

VS.                              NO. 04-2299-Ma

JOHN W. SNOW, Secretary,
United States Treasury,

    Defendant.

---

ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY

---

Before the court is defendant's September 16, 2005, motion for leave to file a reply to plaintiff's objection to defendant's motion to dismiss or for summary judgment. For good cause shown, the motion is granted and defendant may file a reply.

It is so ORDERED this 26th day of September, 2005.

                          SAMUEL H. MAYS, JR.
                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02299 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Florence A. Hall
3615 Sharpe Avenue
Memphis, TN 38111

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT