UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴀᴄ D.C.

05 OCT 19 AM 9: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FLORENCE HALL,

    Plaintiff,

v.                                                      Cv. No. 04-2299-Ma

JOHN W. SNOW, Secretary,
United States Department of
the Treasury,

    Defendant.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed, in accordance with the Order Granting Defendant's Motion for Summary Judgment, docketed October 7, 2005.  Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_____        _____
DATE                             CLERK

                                                    THOMAS M. GOULD

Document entered on the docket sheet in compliance   (By) DEPUTY CLERK
for 79(a) FRCP on 10-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CV-02299 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Florence A. Hall
3615 Sharpe Avenue
Memphis, TN 38111

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT